UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Ex Parte Application of Pro-Sys Consultants and Neil Godfrey, Applicants. | Civil Action No. 16-mc-91016 |

ORDER

January 21, 2016

Applicants Pro-Sys Consultants and Neil Godfrey seek an order pursuant to 28 U.S.C. § 1782 for limited discovery for use in a certified class action currently pending in the Supreme Court of British Columbia, Canada, Pro-Sys Consultants and Neil Godfrey v. Microsoft Corp. and Microsoft Canada Co./Microsoft Canada CIE, Case No. LO43175 (Vancouver Registry) ("the Canadian Litigation").

The application is DENIED WITHOUT PREJUDICE. The Trial Management Order in the Canadian Litigation, attached as Exhibit E to the application, indicates that the primary forms of discovery in the Canadian Litigation are material from depositions in *prior* cases and the production of a witness identified by the defense, and that the parties are required to apply for leave to take discovery from a different witness. Applicants have not shown that they have been granted leave from the Supreme Court of British Columbia or that they are not required to make such application. Accordingly, Applicants have not demonstrated that the Supreme Court of British Columbia would be receptive to this court's assistance here. See Intel Corp. v. Advanced Micro Devices, Inc., 542 U.S. 241, 264 (2004).

IT IS SO ORDERED.

                                                                              /s/ Indira Talwani
                                                                              United States District Judge