UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re Ex Parte Application of Pro-Sys Consultants and Neil Godfrey, <br><br> Applicants. | * <br> * <br> *    Civil Action No. 16-mc-91016 <br> * <br> * <br> * <br> * <br> * |

ORDER

April 15, 2016

TALWANI, D.J.

    Pursuant to 28 U.S.C. § 455(b)(4), I recuse myself from participation in this matter and direct the clerk forthwith to reassign the case randomly to another District Judge.

    IT IS SO ORDERED.

                                               /s/ Indira Talwani_____
                                               United States District Judge